# United States Bankrupcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Susan Carol Sasso | ) | Chapter 13 |
| | ) | Case No. 12 B 38673 |
| Debtor(s) | ) | Judge Pamela S. Hollis |

## Notice of Motion

Susan Carol Sasso
605 N Wolf Road
APT# 12D
Hillside, IL  60162

Debtor Attorney: Geraci Law L.L.C.
via Clerk's ECF noticing procedures

On December 18, 2013 at  9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, December 4, 2013.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On September 28, 2012, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 23, 2013, for a term of 60 months with payments of $200.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 15 | $2,800.00 | $2,300.00 | $500.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 12/03/2013
Due Each Month: $200.00
Next Pymt Due: 12/28/2013

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/09/2013 | 2886822 | $100.00 | 04/25/2013 | 3321414 | $100.00 |
| 05/13/2013 | 2928170 | $100.00 | 05/28/2013 | 3366043 | $100.00 |
| 06/10/2013 | 3404335 | $100.00 | 06/28/2013 | 2976360 | $100.00 |
| 07/09/2013 | 2998828 | $100.00 | 07/25/2013 | 3021364 | $100.00 |
| 08/12/2013 | 3468223 | $100.00 | 08/26/2013 | 3493892 | $100.00 |
| 09/10/2013 | 3089650 | $100.00 | 09/24/2013 | 3528927 | $100.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE